*T. Harvey Ferris, Charles T. Russell, John A. Dele-hanty, Arnold W. Sherman* and *C. R. Dewey* for plaintiff, respondent and appellant.

*Egburt E. Woodbury, Attorney-General (Joseph P. Coughlin* of counsel), for defendant, appellant and respondent.

Judgment affirmed, without costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ. Dissenting: CUDDEBACK, J. ·

------

MORRIS FRANKEL, an Infant, by JOSEPH FRANKEL, His Guardian ad Litem, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Frankel* v. *City of New York*, 165 App. Div. 911, affirmed.
(Argued June 6, 1916; decided July 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court . in the first judicial department, entered December 3, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The complaint alleged that said defendant and its agents and servants drove a horse to which was attached a vehicle belonging to and used by the defendant for the collection of dirt, ashes and garbage so negligently and carelessly that one of the wheels of the vehicle got on the sidewalk whereon the plaintiff was then lawfully and rightfully standing and ran over his left foot, crushed the big toe thereof and caused other injuries to his foot.

*Lamar Hardy, Corporation Counsel (E. Crosby Kindleberger* and *Terence Farley* of counsel), for appellant.

*Samuel Leavitt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ. ·